# Exhibit A

From[redacted]<[redacted]>ToSmith, Brad<bradsmith@marshall.edu>, Angel Moore<angel@moorefirmofcharleston.com>, mummertc@marshall.edu, Rhodes, Jessica<jessica.rhodes@marshall.edu>Date-Tuesday, August 13th, 2024 at 7:48 AMTuesday, August 13th, 2024 at 7:48 AM

Brad Smith, President
bradsmith@marshall.edu

Angel R Moore, BOG
angel@moorefirmofcharleston.com

Dr. Carl Mummert, Assistant Provost
mummertc@marshall.edu

Ms.Jessica Rhodes
jessica.rhodes@marshall.edu

Dear Marshall Administrators:

We are students in the PA program at Joan C Edwards School of Medicine.
As you know ARC-PA put this program on probation more than a year ago.
We were told there were more than 30 violations in the program.
Since then nothing has been done by program faculty, director, or Dean Gozal.
Recently our director Ginger Boles and few remaing faculty quit because she and they said that Dean Gozal would not take them seriously and would do nothing to help fix the issues. He instead appointed a young person (Ben Sprulock) with no experience. More recently Vice Dean Bobby Miller also quit after he tried to address the problem and he said he got no support from Dean Gozal.

Several of the PA Students met with Dean Gozal to ask about what steps would be taken to fix the probation. We told him we are paying a lot of tuition to get this degree. That it is going to be hard to get a job with a degree from a school that is on probation. Given Dr. Gozal's lack of any attempt to fix we fear that school will stay on probation for a long time. He completely poop pooed our concerns and said the probation was just politics and he will talk to ARC -PA and fix it. Also we told him for more than two years now multiple faculty are publicly and privately very verbally abusive to students. Often this is male faculty abusing female students in our class. Dean Gozal simply laughed and said this is training by fire and we should get used to it. He said as a converted Muslim according to his religion women should not work outside the home anyway or complain. We pointed out to him many of these complaints qualify as Title IX concerns and can he please address with proper authority to help us. He again made light of our concerns, told us if we keep this up our few remaining professors will fail us once he tells them. He said he had complaints against him and nothing came of it and he fired the women who complained against him.

One of our class mates Googled him and found he had a Title IX law suit against him when he was at the University of Louisville. President Brad Smith how can you hire someone like him? Not long ago USA Today's Alia Dastagir (adastagir@usatoday.com) had a huge article about Title IX violations at Marshall. Was this not enough not to hire this Dean? A few of us have spoken with Ginger Boles and Vice Dean Miller and they both said that Dean Gozal simply does not care and he told them to tell us if we keep talking about this we will never graduate or get a job. So we do not think we will get any help or support from the school of medicine folks and think any more attempt with them will only harm our future hrere. We also don't want to be in a program with more bad PR but do we need to contact Ms. Dastagir to get some help? Or do we need to contact ARC-PA (Complaints@arc-pa.org) which may worsen the probation. We hope not.

Thank you for looking into this. We just have no support or sympathy in the Medical School for our concerns.
Sincerely,
Physician Assistant students at Joan C Edwards School of Medicine.